# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE DIANNE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:16-CV-00057-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF Nos. 18, 20, 24 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on May 10, 2017, ECF No. 24, recommending Plaintiff's Motion for Summary Judgment, ECF No. 18, be denied and Defendant's Motion for Summary Judgment, ECF No. 20, be granted. No objection was filed. After review, the Court hereby adopts the Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 24**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 18,** is **DENIED**.

3. Defendant's Motion for Summary Judgment, **ECF No. 20,** is **GRANTED.**

The District Court Executive is directed to file this Order and forward copies to the parties. Judgment shall be entered for Defendant and the file shall be **CLOSED**.

DATED May 30, 2017.

                                      s/*Fred Van Sickle*
                                      Fred Van Sickle
                                      Senior United States District Judge